1

2

3

4

5

6

7

8

9

10 UNITED STATES DISTRICT COURT

11 FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 WESTERN DIVISION

13

| WAYNE GALL, | No. CV 18-03553 DSF (AGRx) |
|---|---|
| Plaintiff, | **DISMISSAL ORDER** |
| v. | Honorable Dale S. Fischer |
| U.S. FOOD AND DRUG ADMINISTRATION, | United States District Judge |
| Defendant. | |

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the

2  separately filed stipulation of the parties, this action is dismissed with prejudice.  Each

3  party shall bear its own fees, costs, and expenses.

4

5
   Dated: February 27, 2019                    _____
6                                              DALE S. FISCHER
                                               United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1